No. 829, Misc. HAYNES *v.* VIRGINIA. Supreme Court of Appeals of Virginia. Certiorari denied.

No. 830, Misc. LOCKHART *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States. 

No. 831, Misc. TROIANI *v.* FAY, WARDEN. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, *Irving Galt,* Assistant Solicitor General, and *John J. O'Grady,* Assistant Attorney General, for respondent.

No. 833, Misc. LEE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 838, Misc. BEADLE *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 839, Misc. DIXON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 846, Misc. FINLEY *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 842, Misc. SORENSEN *v.* ALASKA. Supreme Court of Alaska. Certiorari denied.

No. 847, Misc. LINK *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.